

**FILED**

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0060

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0060

**FILED**

NOV 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                                     O R D E R

MICHAEL LEE CAMERON,

    Defendant and Appellant.

On June 30, 2020, this Court denied and dismissed, with prejudice, Appellant Michael Lee Cameron's motion to proceed as a self-represented litigant in his appeal of a revocation of a criminal sentence from the Thirteenth Judicial District Court. We stated then that he had no right to proceed *pro se* in such an appeal and that he has not established good cause. We also cautioned Cameron not to file pleadings while represented by counsel. M. R. App. P. 10(1)(c). Cameron appears with his second motion to proceed *pro se*, asserting ineffective assistance of counsel claims because his court-appointed attorney is managing other appeals along with his case and is caring for her children along with her other duties.

We decline to consider his instant motion or to deem this motion as a petition for rehearing. M. R. App. P. 20(1)(d). Accordingly,

IT IS ORDERED that Cameron's Motion to Proceed Pro Se is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Lee Cameron personally.

DATED this 10 day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices